UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA
    -AGAINST-

Kaplan

**Defendants**
---------------------------------------------------X

Brown    , District Judge

**ORDER OF REFERRAL**
CASE NUMBER 23Cr293

The above-referenced criminal case is hereby referred to Magistrate Judge ___Wicks___ for the following purposes.

☑ 1. To conduct arraignments;

☐ 2. Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☐ 3. With consent of the parties as indicated below, to select a jury of twelve with two alternates.

☐ 4. Defendant's motion to suppress evidence.

SO ORDERED.

/s/Gary R. Brown
**United States District Judge**

Dated: 07/25/2023
Central Islip, N.Y.

*STIPULATED AND AGREED*, by and between the undersigned, counsel for respective parties:

Dated: 07/25/2023
Central Islip, N.Y.

Defendants Adam Kaplan    Daniel Kaplan

Counsel for defendant Eric Creizman   Michael Tremonte

Assistant U.S. Attorney Anthony Bagnuola

/s/James M. Wicks
UNITED STATES MAGISTRATE JUDGE
James M. Wicks