UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE: 07/25/2023
                                                       TIME: 3:00 PM
                                                       ☐ SEALED PROCEEDING

## CRIMINAL CAUSE FOR ARRAIGNMENT ON INDICTMENT
### CASE & DOCKET No.: 2:23-CR-00293-GRB-JMW-USA v. Adam Kaplan and Daniel Kaplan

**DEFENDANT: Adam Kaplan**      **DEF. # 1**
☒ Present   ☐ Not Present     ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Eric M. Creizman (Via Telephone)
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT: Daniel Kaplan**    **DEF. # 2**
☒ Present   ☐ Not Present     ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Michael Tremonte
☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.**:   **Anthony Bagnuola**

INTERPRETER (Sworn):

PRETRIAL SERVICES OFFICERS:  Kristina De Primo

FTR LOG :    4:27-5:17    (FTR)          MAGISTRATE DEPUTY: DJF

☒ Case called    ☒ Counsel for all sides present

☒ Initial Appearances and Arraignments held on the Indictment.

☒ Defendants are arraigned and informed of their rights.

☒ Counsel for the Defendants and the Government have been advised of the Brady v. Maryland Rule 5(f) obligations as stated on the record.

☒ Defendants waive a public reading of the Indictment.

☒ Defendants enter a plea of Not Guilty to the Indictment.

☒ Suretors were sworn on the record.

☒ Waiver of Speedy Trial executed; time excluded from 07/25/2023 through 08/31/2023.

☒ Orders Setting Conditions of Release and Bond executed.

☐ Permanent Order of Detention entered.

☐ Temporary Order of Detention entered.

    ☐ Detention Hearing scheduled for:

☐ Bail Hearing held. Disposition:

☒ Next Court appearance scheduled for <u>August 31, 2023 at 11:00 AM before Judge Gary R. Brown in Courtroom 940.</u>

☒     Defendants:   ☐ Continued in Custody

                    ☒ Bail Set/Continued

OTHER: <u>Attorney Eric Creizman appeared by telephone for today's arraignment. Mr. Creizman has authorized Attorney Michael Tremonte to sign documents on his behalf for the purpose of today's arraignment. Defendant Adam Kaplan and the Government consent to Mr. Tremonte signing documents on behalf of Mr. Creizman for today's arraignment. Due to the fact that the electronic processing system that the Marshal's use was down, the Defendants are directed to return to the Courthouse on July 26, 2023.</u>