UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
UNITED STATES OF AMERICA,            :     Index No. 23-CR-293 (JMA) (JMW)
:
v.                                                      :
:
ADAM KAPLAN and                           :     **DECLARATION IN SUPPORT OF**
DANIEL KAPLAN,                               :     **MOTION TO COMPEL COMPLIANCE**
:     **WITH SUBPOENA DUCES TECUM**
Defendants                                        :     **ISSUED UNDER FED. R. CRIM. P. 17(c)**
:
----------------------------------------------------------x

I, ERIC M. CREIZMAN, hereby declare the following under penalty of perjury pursuant to |28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the courts of the State of New York and before this Court. I am a partner of the law firm of Morrison Cohen LLP, and I represent Adam Kaplan in the above-captioned matter.

2. I respectfully submit this declaration in support of Mr. Kaplan's renewed motion to compel IHT Wealth Management, LLC ("IHT") to comply with a subpoena *duces tecum* returnable before trial under Fed. R. Crim. P. 17(c) of the Federal Rules of Criminal Procedure.

3. Annexed hereto as Exhibit A is a true and correct copy of a Rule 17(c) subpoena *duces tecum* directed to IHT, dated January 29, 2024, and endorsed by the Court (the "Subpoena").

4. Annexed hereto as Exhibit B is a true and correct copy of IHT's Responses and Objections to the Subpoena, dated May 15, 2024, with Exhibits 1 and 2.

5. In response to Request 3 of the Subpoena, IHT produced three brief video files. The first file, named "IMG_2708.mov," is approximately 12 seconds in length, shows two desks

with chairs facing back-to-back, with a laptop and telephone on each, and a printer on one of the desks. The clip shows Adam Kaplan, standing and smiling in a suit, and includes a brief conversation between Adam Kaplan and Steven Dudash.

6. The second file, named "IMG_2709.mov" is about 15 seconds long, and shows each desk, and the three-drawer file cabinet next to each desk. The videographer, Steven Dudash, comments that the file cabinets and laptops are locked and secure.

7. The third file, named "IMG_2710.mov," is approximately 13 seconds long and captures another scan of the office and Adam Kaplan, with Mr. Dudash talking at a low volume.

8. Based on my investigation to date, it is my information and belief that portions of the video recording Mr. Dudash took on August 1, 2024 are missing, and that the omitted portions would include, in sum and substance, among other things: (i) Mr. Dudash complimenting Adam Kaplan and Daniel Kaplan for the manner in which they organized their files, including that they scrupulously kept their consulting business files separate from their investment advisory files; (ii) video footage outside of the Kaplans' office that would reflect separate signage for the Kaplans' consulting and insurance business and the Kaplans' IHT investment advisory business; and (iii) that Mr. Dudash praised the Kaplans for being in full compliance with all relevant rules, regulations, and firm policies covered by his office inspection.

9. Annexed hereto as Exhibits C, D, and E, are printouts of the "properties" of the files "IMG_2708," "IMG_2709," and "IMG_2710," respectively.

10. Annexed hereto as Exhibit F is a true and correct copy of a letter on LPL Financial's letterhead dated June 18, 2021 from "Jean Smith," "Examiner," to Ian Baker attaching a report of an examination of LPL Financial, which included an inspection of its office

2

located at 122 East 42nd Street, Suite 1610, New York, New York 10168. Because the document is stamped "CONFIDENTIAL," we respectfully submit this exhibit under seal.

11. Annexed hereto as Exhibit G is a true and correct copy of a subpoena *duces tecum* issued to IHT by Adam Kaplan and Daniel Kaplan in the parallel SEC action, *SEC v. Kaplan, et al.*, 2:23-cv-01648-JMA-ARL. The SEC action was stayed by the Court by Order dated October 31, 2023 (ECF No. 63).

12. Annexed hereto as Exhibit H is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0123371. Exhibit H is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

13. Annexed hereto as Exhibit I is a true and correct copy of a photograph of Adam Kaplan taken at the PRB Office on October 28, 2020.

14. Annexed hereto as Exhibit J is a true and correct copy of an email produced in discovery with no visible Bates stamp but is electronically referenced in e-discovery metadata with the document identification stamp DOjRev_0009898. Exhibit J is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

15. Annexed hereto as Exhibit K is a true and correct copy of an email exchange produced in discovery bearing Bates range SEC-IHT-E-0126302–SEC-IHT-E-0126324. Exhibit K is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

16. Annexed hereto as Exhibit L is a true and correct copy of a text message exchange between Adam Kaplan and a customer, dated July 14, 2021. Personal identifying information ("PII") concerning the customer is redacted.

17. Annexed hereto as Exhibit M is a true and correct copy of a text message between Adam Kaplan and a customer, dated October 22-28, 2020. PII relating to the customer is

3

redacted.

18. Annexed hereto as Exhibit N is a true and correct copy of a photograph taken by cellular phone at the PRB office on November 19, 2020.

19. Annexed hereto as Exhibit O is a true and correct copy of a FINRA U5 form concerning Adam Scott Kaplan filed by IHT Wealth Management LLC, dated July 19, 2021. The residential address for Mr. Kaplan is redacted.

20. Annexed hereto as Exhibit P is a true and correct copy of SEC Form ADV, Part 2B Brochure Supplement, concerning Adam S. Kaplan filed by IHT Wealth Management, dated October 13, 2020.

21. Annexed hereto as Exhibit Q is a true and correct copy of a FINRA U5 form concerning Daniel Evan Kaplan filed by IHT Wealth Management LLC, dated July 19, 2021. The residential address for Mr. Kaplan is redacted.

22. Annexed hereto as Exhibit R is a true and correct copy of SEC Form ADV, Part 2B Brochure Supplement, concerning Daniel E. Kaplan filed by IHT Wealth Management, dated October 13, 2020.

23. Annexed hereto as Exhibit S is a true and correct copy of an email exchange between Todd Blanche, Esq., of Cadwalader, Wickersham & Taft LLP, and Scott Matasar, Esq., of Matasar Jacobs LLC, and others dated August 16-17, 2021.

24. Annexed hereto as Exhibit T is a true and correct copy of a letter from Todd Blanche, Esq., of Cadwalader, Wickersham & Taft LLP, to Scott Matasar, Esq., of Matasar Jacobs LLC, dated September 20, 2021.

25. Annexed hereto as Exhibit U is a true and correct copy of a letter from Scott Matasar, Esq., of Matasar Jacobs LLC, to Todd Blanche, Esq., of Cadwalader, Wickersham &

Taft LLP, dated September 23, 2021.

26. Annexed hereto as Exhibit V is a true and correct copy of a letter from Todd Blanche, Esq., of Cadwalader, Wickersham & Taft LLP, to Scott Matasar, Esq., of Matasar Jacobs LLC, dated September 28, 2021.

27. Annexed hereto as Exhibit W is a true and correct copy of a letter from Erica Wolff, Esq. and Robert Knuts, Esq., of Sher Tremonte LLP, to Scott Matasar, of Matasar Jacobs LLC, dated July 30, 2021.

28. Annexed hereto as Exhibit X is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0004595–SEC-IHT-E-0004600.  Exhibit X is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

29. Annexed hereto as Exhibit Y is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0071273–SEC-IHT-E-00171277.  Exhibit Y is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

30. Annexed hereto as Exhibit Z is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0071296–SEC-IHT-E-0071300.  Exhibit Z is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

31. Annexed hereto as Exhibit AA is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0092857–SEC-IHT-E-0092858.  Exhibit AA is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

32. Annexed hereto as Exhibit BB is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0008693–SEC-IHT-E-0008695.  Exhibit BB is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

33. Annexed hereto as Exhibit CC is a true and correct copy of a document received

in discovery bearing Bates range SEC-IHT-E-0125926–SEC-IHT-E-0125930.  Exhibit CC is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

34. Annexed hereto as Exhibit DD is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0124295–SEC-IHT-E-0124296.  Exhibit DD is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

35. Annexed hereto as Exhibit EE is a true and correct copy of a document received in discovery bearing Bates range SEC-IHT-E-0125918–SEC-IHT-E-0125923.  Exhibit EE is filed under seal pursuant to the Protective Order, dated September 20, 2023 (ECF No. 34).

36. Annexed hereto as Exhibit FF is a true and correct copy of a cell phone screenshot of the 2020 PRB "Inter-Office Telephone Directory."

37. Annexed hereto as Exhibit GG is a true and correct copy of a photograph of Adam Kaplan standing in the reception area of the PRB Office.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Dated: New York, New York  /s/ Eric M. Creizman
       August 13, 2024     Eric M. Creizman