

November 19, 2020
2:43 PM