**BEFORE: JOAN M. AZRACK**           **DATE:** 9/11/2024
**UNITED STATES DISTRICT JUDGE**     **TIME:** 1:00 PM (20 min)

## CRIMINAL CAUSE FOR BAIL REVOCATION HEARING

**DOCKET NO. 23-cr-293 (JMA)**

**DEFENDANT:** Adam Kaplan     **DEF. #:** 1
☒ Present    ☐ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL:** Eric Creizman, Christina Gotsis
☐ Federal Defender    ☐ CJA    ☒ Retained

**AUSA:** Adam Toporovsky, Paul Scotti

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Paul Lombardi     COURTROOM DEPUTY: LMP

- ☒ Case Called.     ☒ Counsel present for all sides.
- ☐ Parties consent to appear telephonically.
- ☐ Initial Appearance and Arraignment held.
- ☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
- ☐ Waiver of speedy trial entered; time excluded from /2024 through 2024.
- ☐ Order setting conditions of release and bond entered.
- ☐ Permanent order of detention entered.
- ☐ Temporary order of detention entered.
    - ☐ Detention hearing scheduled for .
- ☒ Bail revocation hearing held. Disposition: Granted. Order of detention entered.
- ☒ Bail hearing scheduled for 9/25/2024 at 12:00 PM before Judge Azrack.

Defendant    ☐ Released on Bond    ☒ Remanded.

OTHER: