**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ADAM KAPLAN et al.,<br><br>        Defendants. | Case No. 2:23-cr-00293-JMA-JMW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for Interested Party, Stewart Kaplan, Surety.

    I certify that I am admitted to practice before this Court.

Dated: September 19, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Morris J. Fodeman*
Morris J. Fodeman
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: mfodeman@wsgr.com

*Counsel for Interested Party,*
*Stewart Kaplan, Surety*