# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 866.974.7329

September 20, 2024

**Via CM/ECF**

The Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      **Re:**    ***United States v. Kaplan et al.*, No. 2:23-cr-00293-JMA-JMW**

Dear Judge Azrack:

The undersigned represent Stewart and Idida Kaplan, parents of the defendants, and sureties on their respective bonds. We write in response to the government's motion (ECF No. 111) for an order, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, forfeiting the bail herein and entering judgment against Adam Kaplan and our clients in the amount of $2,500,000.[1]

As an initial matter, we respectfully submit that the government's motion is premature – while we understand the government has *alleged* that Adam Kaplan violated the terms of the bond in various ways, we also understand that Adam Kaplan denies those allegations and the Court has yet to make a finding that any intentional violation *occurred*. In fact, the Court has scheduled a detention hearing for Wednesday, September 25, 2024 to address that very question.

In any event, should the Court ultimately conclude that Adam Kaplan violated the terms of the bond – again, which we understand he denies – we respectfully request an opportunity to then respond to the Government's forfeiture motion. Indeed, pursuant to Federal Rule of Criminal Procedure 46, the Court may set aside a bail forfeiture if "justice does not require bail forfeiture." Fed. R. Crim. P. 46(f)(2)(B).

---

[1]    Adam Kaplan's bond is secured by Stewart and Idida's long-time family home where they currently reside and a New York City apartment that they have owned since approximately 2003.

**WILSON SONSINI**

The Honorable Joan M. Azrack
September 20, 2024
Page 2

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Morris J. ("Moe") Fodeman*
Morris J. ("Moe") Fodeman
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
212-497-7704
mfodeman@wsgr.com

*Counsel for Surety, Stewart Kaplan*


MEISTER SEELING & FEIN, LLP

s/ *Henry Mazurek* (with permission)
Henry Mazurek
Attorney for Idida Kaplan
125 Park Avenue, 7th Floor
New York, New York 10017
212-655-3500
hem@msf-law.com

*Counsel for Surety, Idida Kaplan*


cc:     All Counsel of Record (via CM/ECF)