BEFORE:  JOAN M. AZRACK                                          DATE: 3/5/2025
UNITED STATES DISTRICT JUDGE                              TIME:  10:00 AM (30 min)

## CRIMINAL CAUSE FOR ARRAIGNMENT AND STATUS CONFERENCE

**DOCKET NO. 23-cr-293 (JMA)**

**DEFENDANT:  Adam Kaplan          DEF. #:  1**
☒ Present     ☐ Not present          ☒ Custody     ☐ Bail
**DEFENSE COUNSEL:  Mark Cohen, Gale Dick, Drew Dean**
☐ Federal Defender          ☐ CJA          ☒ Retained

**DEFENDANT:  Daniel Kaplan          DEF. #:  2**
☒ Present     ☐ Not present          ☐ Custody     ☒ Bail
**DEFENSE COUNSEL:  Noam Biale, Michael Tremonte, Claire Blumenthal Buck**
☐ Federal Defender          ☐ CJA          ☒ Retained

**AUSA:  Adam Toporovsky, Rebecca Urquiola**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER:  Paul Lombardi          COURTROOM DEPUTY: LMP

☒    Case Called.          ☒    Counsel present for all sides.
☐    Parties consent to appear telephonically.
☒    Initial Appearance and Arraignment held on Superseding Indictment.
☒    Defendants waive public reading of the Indictment and enter a plea of not guilty.
☒    Waiver of speedy trial entered; time excluded from 3/5/2025 through 9/8/2025.
☐    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
          ☐ Detention hearing scheduled for  .
☐    Hearing held on motion for release from custody.  Disposition:
☒    July selection and trial is rescheduled for 9/8/2025 at 9:30 AM.  Motion argument and next status conference is scheduled for 6/18/2025 at 10:30 AM before Judge Azrack.

Defendant     ☐    Released on Bond          ☐    Remanded.

OTHER: Motion schedule set: Defense to file pretrial motions by 5/16/2025; government response by 6/6/2025; reply by 6/13/2025.  An order will issue regarding the forfeiture motion.  Complex case designation remains in place.