AT/PGS/RMQ
F. #2022R00047

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O T E C T I V E   O R D E R |
| - against - | Cr. No. 23-293 (S-1)(JMA) |
| ADAM KAPLAN and<br>DANIEL KAPLAN,<br><br>         Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, the above-listed defendants have sought certain discovery materials from the Government, pursuant to Federal Rule of Criminal Procedure 16 ("Rule 16"), which contain and/or reflect personal identification information allegedly used in the commission of the offenses charged, as well as other personal identification information (including but not limited to names, social security numbers, dates of birth, financial account numbers and taxpayer identification numbers); and

WHEREAS, the Government desires to protect the confidential information contained in the materials it produces pursuant to Rule 16(d)(1) and Title 18, United States Code, Section 3771;

IT IS HEREBY ORDERED:

1.     Certain discovery material produced by the Government in this action contains and/or reflects personal identification information (including but not limited to names, social security numbers, dates of birth, financial account numbers and taxpayer identification numbers) ("Confidential Material").

  2. Any and all discovery disclosed to each defendant or to their respective counsel ("Counsel") during the course of proceedings in this action that contains Confidential Material:

  a. Shall be used by the defendants or their Counsel only for purposes of this action;

  b. Shall be kept in the sole possession of the defendants' Counsel;

  c. Shall not be reviewed or maintained by the defendants outside the presence of their Counsel, except that Daniel Kaplan may review—but not download, print, or otherwise preserve or copy—such discovery, if produced by the Financial Services Firm, as defined in the Superseding Indictment, outside the presence of his Counsel;

  d. Shall not be copied or otherwise recorded by the defendants;

  e. Shall not be disclosed in any form by the defendants or their Counsel except as set forth in paragraph 2(f) below;

  f. May be disclosed only by the defendants' Counsel and only to the following persons (hereinafter, the "Designated Persons"):

   i. investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by the defendants' Counsel;

   ii. independent expert witnesses, investigators or advisors retained by the defendant or on his behalf in connection with this action;

     iii. such other person as hereafter may be authorized by the Court upon such motion by the defendants;

     iv. Daniel Kaplan, as described above in Section 2(c); and

  g. Shall be returned to the Government following the conclusion of this case together with any and all copies thereof, or shall be destroyed together with any and all copies thereof and the defendants' Counsel shall verify such destruction in writing.

  3. No persons shall be provided, shown, or read the contents of any materials produced pursuant to the terms of this Order, or any copy thereof, unless and until they have been provided with a copy of this Order and certify in writing that they will comply with its terms. The defense shall maintain a record of all such persons and certifications.

  4. The defense shall not attach any materials produced pursuant to the terms of this Order to any public filings with the Court or publicly disclose such materials, or their contents in any other manner, without prior notice to the Government. If the defense and the Government cannot agree on the manner in which the materials or their contents may be publicly disclosed, the parties shall seek resolution of such disagreements by the Court.

  5. Any and all discovery material produced in this action that does not contain Confidential Material is not subject to the conditions of this Order.

  6. The conditions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action or to any judge or magistrate of this Court for purposes of this action.

7.    This Order supersedes the Protective Order, dated September 14, 2023.

Dated: Central Islip, New York
       April    , 2025

SO ORDERED:

_____
HONORABLE JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE