UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
UNITED STATES OF AMERICA :
: Case No. 2:23-CR-00293 (JMA)(JMW)
v. :
: **MOTION TO SEAL**
ADAM KAPLAN and :
DANIEL KAPLAN, :
:
Defendants. :
:
------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of S. Gale Dick dated May 16, 2025 and Exhibits 1 through 21, Defendant Adam Kaplan will move this Court, before the Honorable Joan M. Azrack, at a date and time convenient for the Court, to seal Exhibits 1-15 and 17, 18, 20, and 21.  Adam Kaplan moves to seal Exhibits 1-11, 15, 17, 18, and 21 pursuant to the Protective Order, so ordered on April 15, 2025 (ECF No. 160).

Because Exhibits 12, 13, and 14 contain sensitive information concerning the Kaplans' home, Adam Kaplan respectfully moves to seal these exhibits.

Because Exhibit 20 contains sensitive medical information, Adam Kaplan respectfully moves to seal this exhibit.

DATED:   New York, New York
         May 16, 2025

                                        /s/ Mark S. Cohen
                                        Mark S. Cohen
                                        **COHEN & GRESSER LLP**
                                        800 Third Avenue, 21st Floor
                                        New York, New York  10022
                                        (212) 957-7600
                                        mcohen@cohengresser.com