# Exhibit 1
# (Filed Under Seal)

## KAPLAN100001.MP4