**SHER TREMONTE LLP**

July 1, 2025

**BY ECF**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Adam Kaplan and Daniel Kaplan,* No. 23-cr-293 (JMA)(JMW)

Dear Judge Azrack:

    We write on behalf of our client, Daniel Kaplan. Due to a trial that has now been extended through July 18, we respectfully request an adjournment of the July 17 conference to July 24 or 25, 2025. The government and Adam Kaplan's counsel consent to this request.

    We apologize for any inconvenience and appreciate Your Honor's consideration.

    Respectfully submitted,

    */s/ Michael Tremonte*

    Michael Tremonte

cc: All counsel (by ECF)