AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cr-293-JMA-JW |
| Adam Kaplan and Daniel Kaplan | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Kaplan.

Date: 07/24/2025

/s/ Alexandra Conlon
*Attorney's signature*

Alexandra Conlon (5331855)
*Printed name and bar number*

Sher Tremonte LLP
90 Broad St., 23rd Fl.
New York, NY 10004
*Address*

aconlon@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*