

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PGS/AT/RMU
F. #2022R00047

*610 Federal Plaza*
*Central Islip, New York 11722*

August 12, 2025

By E-mail

Michael Tremonte
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
mtremonte@shertremonte.com

Mark S. Cohen
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, NY 10017
mcohen@cohengresser.com

    Re: United States v. Adam Kaplan and Daniel Kaplan
       Criminal Docket No. 23-293 (JMA)(S-1)

Counsel:

    We write in response to your letter dated August 7, 2025. The vast majority of the materials that you requested were previously produced either as Rule 16 discovery or as 3500 material. We address each below. Any information that was not previously produced is being produced along with this letter or will be produced shortly.

Part I – Requests 1 Through 4:

    As for "[d]ates and descriptions of any and all considerations or promises of consideration . . . during the course of the investigation by any government attorney and/or law enforcement officials to or on behalf of any witness the government intends to call at trial[.]" This includes "cooperation" and "plea agreement[s]" and "proffer agreement[s]". All proffer agreements, cooperation agreements, and transcripts of pleas for CC-1 were produced as 3500 material yesterday, August 11, 2025. A "rap sheet" for CC-1 is being produced along with this letter as AUG7_DEF_REQ_000001-000046. A proffer agreement for ███████, who the government did not put on its witness list, was produced as 3500 material yesterday.

As for a "disclosure of the unauthorized criminal activity [CC-1] previously engaged in while operating as an FBI source and on supervised release[,]" the government provides the following disclosures:

CC-1 was a confidential informant for the Federal Bureau of Investigation ("FBI") from October 1999 to July 2000. During his meetings with law enforcement, CC-1 provided information regarding numerous individuals engaged in crimes including extortion, loansharking, financial institution fraud, health care fraud, embezzlement and money laundering, among others. The FBI 302 reports summarizing the information provided by CC-1 are being produced with this letter as AUG7_DEF_REQ_000047-000089.[1] Furthermore, while not specifically requested, the government also hereby produces the requests for payment submitted by the FBI on behalf of CC-1 for exigent relocation funding and other expenses, as AUG7_DEF_REQ_000090-000106.

Over the course of CC-1's cooperation, during which time CC-1 was on federal supervised release, it was revealed that CC-1 was involved in certain unauthorized criminal activities. As a result of CC-1's unlawful conduct, the FBI terminated CC-1's confidential source status for cause and the United States Probation Department filed a Violation of Supervised Release Report ("VOSR"), dated May 9, 2000. A copy of the FBI closing memorandum, dated July 18, 2000, an FBI memorandum summarizing the unauthorized conduct, dated August 1, 2000, and the VOSR, all of which summarize the underlying conduct, are attached hereto, collectively, as AUG7_DEF_REQ_000107-000117.

In response to your request in paragraph 4(a), the following is a description of the transactions in two accounts belonging to CC-1, described herein as "Account 1" and "Account 2," from January 1, 2025 to April 9, 2025:

Account 1

Total Deposits: $158,537.79

- ATM cash deposits: (10) $6,970.00
- Check deposits: (2) $28.79
- Deposit transfers: (60) $93,329.00
- NOW Zelle deposits: (46) $58,210.00

Total Withdrawals: $157,662.00

- ATM cash withdrawals: (15) $7,388.00
- Teller cash withdrawals: (13) $55,200.00
- NOW Zelle withdrawals: (39) $8,470.00

---

[1] The names of individuals and businesses, as well as other personal identifying information, have been redacted from the interview reports to maintain the informational security of the investigation and the privacy interests of the individuals referenced therein.

- Transfers to Account 2: (233) $86,604.00

Account 2

Total Deposits: $323,608.54

- ATM cash deposits: (31) $45,850.00
- Teller cash deposits: (5) $5,500.00
- Wire deposits: (13) $86,035.00
- Deposit transfers from Account 1: (233) $86,604.00
- NOW Zelle deposits: (16) $14,210.00
- Retail credits: (154) $78,005.54
- ACH deposits: (7) totaling $7,404.00

Total Withdrawals: $321,104.53

- ATM cash withdrawals: (3) $567.00
- Teller cash withdrawals: (2) $6,500.00
- NOW Zelle withdrawals: (19) $4,648.00
- POS withdrawals: (1026) $216,060.53 (including $111,482.10 in POS withdrawals to DraftKings).
- Withdrawal transfers to Account 1: (60) $93,329.00

With respect to ▮▮▮▮▮, who the government does not intend to call at trial at this time, the "IC3 report list" was requested from FBI, obtained today and is being produced along with this letter as AUG7_DEF_REQ_000118-000120.

With respect to ▮▮▮▮▮ and ▮▮▮▮▮, the government was not in possession of any notes, communications or other materials related to their preparation of any statements that they made to the Securities and Exchange Commission ("SEC"). The government already turned over everything that it received from the SEC, which was running a parallel investigation to the government's investigation. However, to assist your preparation for trial, after receiving your letter, the government requested from the SEC any notes or sworn statements from witnesses that the SEC had in its possession related to its investigation. The government received signed declarations from ▮▮▮▮▮ and ▮▮▮▮▮, and those are being produced along with this letter as AUG7_DEF_REQ_000121-131.

Part II – Requests 1 Through 10:

Request 1:   You request copies of the documents titled, "5834.JPG", "IMG_6023.HEIC" and "IMG_6024.HEIC". Each of those can be found on the cell phone extraction that was turned over to you several months ago, in May 2025 (see KAPLAN102409).

For your convenience and to assist your preparation for trial, we have attached each of those to this letter as AUG7_DEF_REQ_000132-000134, with the file names listed.

Request 2: You request several documents referenced in GX-3500-▮-6 at 1. Each of those were produced in Rule 16 discovery to you approximately 18 months ago.

- "KAPLAN015930" was produced by your clients to the SEC and this Office and reproduced back to you on January 26, 2024.
- "KAPLAN019086" was produced by your clients to the SEC and this Office and reproduced back to you on January 26, 2024.
- "KAPLAN019862-KAPLAN018981" was produced by your clients to the SEC and this Office and reproduced back to you on January 26, 2024.
- "KAPLAN016089" was produced by your clients to the SEC and this Office and reproduced back to you on January 26, 2024.
- "KAPLAN018496" was produced by your clients to the SEC and this Office and reproduced back to you on January 26, 2024.
- "KAPLAN016075" was produced by your clients to the SEC and this Office and reproduced back to you on January 26, 2024.

For your convenience and to assist your preparation for trial, we have attached each of those to this letter in a PDF package titled, "Request II.2.".

Request 3: You request an extraction of ▮▮▮▮▮'s entire cellphone. Although the government is not obligated to do so, we are producing this as 3500 to you pursuant to the protective orders in this case, as 3500-▮-7. Given the size of the extraction, it will be copied to a flash drive that you can pick up at your convenience. Relatedly, text conversations between ▮▮▮▮▮ and the defendants were previously produced on September 19, 2024, at AK014369-AK016130.



Request 4: You request certain recording between ▮▮▮▮, ▮▮▮▮, ▮▮▮▮, and Daniel Kaplan. The government is not in possession of these recordings, if they exist. As stated previously, ▮▮▮▮ is not on the government's witness list.



Request 5: You request a copy of the spreadsheet that you state was "prepared by ▮▮▮▮'s ▮▮▮▮" as referenced in 3500-▮-5. To be clear, 3500-▮-5 is a draft prepared by the SEC, and not the government. That references a spreadsheet sent to the Manhattan District Attorney's office. That spreadsheet was previously produced as EPROD_FBI-000251277. In the image file, it has a bates number of SEC-MHTDA-E-001208 because it was produced from the Manhattan District Attorney's Office to the SEC. That document was produced to you on February 7, 2024.

For your convenience and to assist your preparation for trial, we have attached the native of this document to this letter.



Request 6: You request a copy of a "[b]lank check from ▮▮▮▮ (MHTDA-E-0001219)" that you say is referenced in GX-3500-▮-5 at page 4. To be clear, 3500-BN-5 is a draft prepared by the SEC, and not the government. That references a spreadsheet sent to the Manhattan District Attorney's office. The check with the bates "MHTDA-E-0001219" is a check for $3,200, which was produced to you on February 7, 2024. Any other documents that the government received from the SEC were produced to you as well.

4

For your convenience and to assist your preparation for trial, we have attached an image of this file, which shows the SEC and MHTDA bates, to this letter.

Request 7: You requested the text exchange between ▓▓▓▓▓ and "Kaplan," which was referenced in GX-3500-NC-1. That exchange concerns Adam Kaplan defrauding a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and that individual is not currently on the government's witness list. Nevertheless, we have attached that exchange and any other correspondence that we could locate concerning this individual, ▓▓▓▓, and Adam Kaplan, as AUG7_DEF_REQ_000135-000167.

Request 8: You request a copy of the "Friendship Agreement (SEC-MHTDA-E-0001520)" referenced in GX-3500-▓▓-5 at page 3. To be clear, 3500-▓▓-5 is a draft prepared by the SEC, and not the government. Nevertheless, after a careful review, the government believes that this is a typo in the SEC's documentation, and the MHTDA bates was MHTDA-E-0001530, not 1520. That document was produced to you on February 7, 2024.

For your convenience and to assist your preparation for trial, we have attached an image of this file, which shows the SEC and MHTDA bates, to this letter.

Request 9: You request a copy of the "documents provided by ▓▓▓▓▓ as referenced in GX-3500-KL-1" at page 1. Those documents were produced to you on October 2, 2024.

Request 10: You request a "statement of loss submitted by a credit card company" to Special Agent John Iannuzzi. That is attached to this letter, as AUG7_DEF_REQ_000168.

Additional Requests: In response to your additional requests, "Bank-3" is ▓▓▓▓▓▓▓.

Redacted 3500 Materials: You note that several documents include redactions. To facilitate your review, the government has reproduced those documents with almost all of the redactions removed. The only redactions that remain are FBI file numbers and social security numbers.

5

The government reiterates its request for reciprocal discovery from the defendants. A request was first made for documents and any 26.2 materials in October 2023, almost two years ago. The defense has not produced any documentation to the government since that date despite stating on the record that it has issued several Rule 17 subpoenas and has received "thousands" of pages of materials pursuant to those subpoenas.

    Very truly yours,

    JOSEPH NOCELLA, JR.
    United States Attorney

By:     /s/
    Adam R. Toporovsky
    Paul G. Scotti
    Rebecca M. Urquiola
    Assistant U.S. Attorneys
    (631) 715-7846 (Toporovsky)

Enclosures