**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

August 20, 2025

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

  Re: *United States v. Adam Kaplan*, 23 Cr. 293 (JMA) (JMW)

Dear Judge Azrack:

  On behalf of our client, Adam Kaplan, we submit this Response to the Court's Order to Show Cause dated August 14, 2025. The Court directed the Defendants and the Government to show cause why the following three sealed documents on the Court's docket should not be unsealed:

1. Adam Kaplan's Arrest Warrant dated July 17, 2023 (ECF No. 2);

2. August 13, 2024 Letter from Eric Creizman referencing the submission of certain exhibits under seal in support of his declaration in connection with Adam Kaplan's motion to compel IHT to comply with a subpoena (ECF No. 93); and

3. November 18, 2024 Letter from Eric Creizman requesting that certain documents be filed under seal in relation to Adam Kaplan's motion for pretrial release (ECF No. 130).

  We take no position on the proposed unsealing of ECF No. 2 or ECF No. 93.

  With respect to ECF No. 130, we respectfully ask the Court to permit us to re-file a redacted version of this document, rather than unsealing this document in its entirety. The November 18, 2024 Letter from Eric Creizman requested that certain documents be filed under seal in relation to Adam Kaplan's motion for pretrial release. We submit that the second ground for sealing identified in this letter—as set forth in the sentence beginning, "*Second*, the motion papers discuss . . . "—should be redacted in the publicly filed version of this document, as it pertains to potential health and safety concerns. With the Court's permission, we will re-file a public version of ECF No. 130 that redacts only that sentence.

  Further to the Court's Order, we will also re-submit redacted versions of ECF Nos. 73, 75, 131, 132, 188-11, and 188-21 by August 25, 2025.

The Honorable Joan M. Azrack
August 20, 2025
Page 2

   For the reasons stated above, Mr. Kaplan respectfully requests that the Court permit him to re-file ECF No. 130 with the redaction described above.

                  Respectfully submitted,

                   /s/ Mark S. Cohen
                 Mark S. Cohen
                 **COHEN & GRESSER LLP**
                 800 Third Avenue, 21st Floor
                 New York, New York 10022
                 (212) 957-7600
                 mcohen@cohengresser.com

cc: All counsel of record (via ECF)