

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PGS/AT/RMU
F. #2022R00047

*610 Federal Plaza*
*Central Islip, New York 11722*

August 20, 2025

By E-mail and ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Adam Kaplan and Daniel Kaplan
               Criminal Docket No. 23-293 (S-1)(JMA)

Dear Judge Azrack:

      The government respectfully submits this letter in response to the Court's August 14, 2025 order requiring the government and the defense to show cause as to why certain documents should not be unsealed or re-submitted in redacted form (the "Order").

      As to the Adam Kaplan and Daniel Kaplan arrest warrants (ECF No. 2 and ECF No. 3), the government requests that those documents be re-filed and redacted only to redact the issuing officer's signature. Proposed redactions are attached as Exhibit A (Adam Kaplan arrest warrant) and Exhibit B (Daniel Kaplan arrest warrant).

The government did not file any of the other documents that are the subject of the Court's Order. Thus, the government has no objection to the unsealing of any other documents to the extent that the defense continues to abide by Federal Rule of Criminal Procedure 49.1 and the protective orders in this case to protect individuals' personal identifying information.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/
Adam R. Toporovsky
Paul G. Scotti
Rebecca M. Urquiola
Assistant U.S. Attorneys
(631) 715-7846 (Toporovsky)