AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.

ADAM KAPLAN,
*Defendant*

Case No. **CR 23 293**

**BROWN, J.**

**WICKS, M.J.**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Adam Kaplan,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Section 1349.
Wire Fraud in violation of Title 18, United States Code, Section 1343.
Investment Advisor Fraud in violation of Title 15, United States Code, Sections 80b-6, 80b-14 and 80b-17.
Money Laundering in violation of Title 18, United States Code, Section 1957(a).

Date:  07/18/2023

*Issuing officer's signature*

City and state:  Central Islip, NY

BRENNA B. MAHONEY, Clerk of the Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____
Known aliases: _____
Last known residence: _____
Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____
Last known telephone numbers: _____
Place of birth: _____
Date of birth: _____
Social Security number: _____
Height: _____   Weight: _____
Sex: _____   Race: _____
Hair: _____   Eyes: _____
Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____
Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____