**SHER TREMONTE** LLP

August 20, 2025

**BY ECF**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *United States v. Adam Kaplan and Daniel Kaplan,* No. 23-cr-293 (JMA)(JMW)

Dear Judge Azrack:

      We write on behalf of our client, Daniel Kaplan, regrettably to alert the Court to continued issues with government's production of 3500 material. Another week has passed and, despite our repeated requests that the government correct or clarify aspects of its productions and provide missing materials, it refuses to do so. The government's stonewalling—which, roughly two weeks from trial serves no legitimate purpose and undermines our client's right to a fair trial—is impeding defense counsel's preparations and, absent this Court's intervention, promises unnecessary delay and confusion at trial.

      Although it produced another small set of 3500 material on August 18 and this evening, the government still has not produced any 3500 material for a number of witnesses, including: (1) witnesses first identified in its August 1 production index, (2) witnesses identified in its preliminary witness list, (3) summary witnesses, and (4) the witness from Cadwalader. Absent any insight into these witnesses' testimony, defense counsel cannot identify or prepare cross examinations, potential motions *in limine*, or trial exhibits. Without knowing the nature or scope of summary witnesses' testimony, for example, we cannot anticipate what evidence the government will proffer to support its representation that Adam and Daniel Kaplan overbilled clients and misappropriated their funds, and what exhibits (if any) we may need to introduce into evidence. And the government's refusal to produce 3500 as to the witness from Cadwalader, as counsel has noted previously, delays resolution of the significant evidentiary problems that this witness's testimony likely presents. *See* ECF No. 246 at 2. The government's August 18 production index, moreover, lists for the first time an SEC attorney whom defense counsel knows actively participated in the SEC investigation and litigation, based on other Rule 16 and 3500 materials. The August 18 production, however, contained no 3500 material as to this witness—despite its index listing materials from August 13 for him. Likewise, the government still has not produced 3500 from within the past year for many witnesses identified on its preliminary witness list. There is no justification for withholding this material.

1

Hon. Joan M. Azrack
August 20, 2025
Page 2 of 2

What the government *has* produced, meanwhile, continues to be provided in a manner designed to make defense counsel's review as time-consuming as possible. *See* ECF Nos. 233, 246. As with the government's first and second productions, its August 18 production is incomplete based on the government's own accompanying index. *See id.* Moreover, the government still has not responded to the vast majority of defense requests for missing documents referenced in the 3500 sent to it a week ago, or provided other materials defense counsel requested that, based on Rule 16 discovery, should have been in the 3500 materials. *See* ECF No. 246 at 2 (discussing government's response to defense counsel's request for materials or communications related to the preparation of trial witnesses sworn SEC statements). The government's August 18 production also included documents that appear to constitute Rule 16 discovery, but were not previously produced to the defense. These deficiencies, in addition to the persistent labeling and Bates stamp discrepancies raised to the Court previously, continue to needlessly divert defense counsel's time and resources.

The careless and piecemeal manner in which 3500 has been produced, and its significant gaps, burdens the defense unfairly and makes it effectively impossible for us to anticipate—and attempt to resolve preemptively —multiple evidentiary issues. We therefore respectfully request the Court order the government to produce immediately the remaining 3500 and documents in its possession.

We appreciate Your Honor's consideration.

Respectfully submitted,

*/s/ Michael Tremonte*

Michael Tremonte

cc: All counsel (by ECF)