**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Mark S. Cohen
+1 (212) 957-7600
mcohen@cohengresser.com

August 25, 2025

**VIA ECF**

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

  Re: *United States v. Kaplan*, 23 Cr. 293 (JMA) (JMW)

Dear Judge Azrack:

  Further to the Court's Order to Show Cause of August 14, 2025, we are re-filing redacted versions of the formerly sealed documents listed below, which are appended as the following exhibits to this letter:

1. **Exhibit A.** 4/8/2024 Letter from Eric Creizman requesting an adjournment of the status conference scheduled for 4/17/2024 (ECF No. 73)
2. **Exhibit B.** 5/20/2024 Letter from Eric Creizman requesting an adjournment of the status conference scheduled for 5/22/2024 (ECF No. 75)
3. **Exhibit C.** 11/18/2024 Memorandum of Law in Support of Motion to Release Adam Kaplan (ECF No. 131)
    - This document was previously filed with redactions at ECF No. 128. This version also applies limited additional redactions to pp. 8-9 concerning Mr. Kaplan's parents and education.
4. **Exhibit D.** 11/18/2024 Declaration of Eric Creizman in Support of Adam Kaplan's Motion for Release (ECF No. 132)
    - This document was previously filed with redactions at ECF No. 129.
5. **Exhibit E.** Exhibit 10 to Adam Kaplan's Pretrial Motions (ECF No. 188-11)
6. **Exhibit F.** Exhibit 20 to Adam Kaplan's Pretrial Motions (ECF No. 188-21)

  In addition, we have enclosed as **Exhibit G** a redacted version of ECF No. 130, reflecting the redactions proposed in our Response to the Court's Order to Show Cause (ECF No. 260).

  Please let us know if we can be of any further assistance to the Court in this matter.

The Honorable Joan M. Azrack
August 25, 2025
Page 2

                                        Respectfully submitted,

                                        /s/ Mark S. Cohen
                                      Mark S. Cohen
                                      **COHEN & GRESSER LLP**
                                      800 Third Avenue, 21st Floor
                                      New York, New York  10022
                                      (212) 957-7600
                                      mcohen@cohengresser.com

cc:    All counsel of record (via ECF)