# Exhibit A

# ECF No. 73 - Redacted



Eric M. Creizman
Partner
(212) 735-8640
ecreizman@morrisoncohen.com

*Via ECF* (**Filed Under Seal**),
with courtesy electronic copy
to the Court

April 8, 2024

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

**Re:** *United States v. Kaplan, et al.*, 2:23-CR-293-JMA-JMW (E.D.N.Y.)

Dear Judge Azrack:

I represent Adam Kaplan in the above-referenced action.

I respectfully submit this joint request on behalf of Adam Kaplan and Daniel Kaplan for a further adjournment of the status conference scheduled for April 17, 2024 to a date and time that is convenient to the Court and the parties after May 17, 2024. Counsel for the government consents to this request.

On March 25, 2024, the Court granted my request for an adjournment and set the new status conference date for April 17, 2024 to accommodate my preparation for a trial starting on April 2, 2024. When I identified the dates of April 17-19, 2024, which are dates by which I anticipate my trial in the Southern District will have concluded, I had erroneously understood that Mr. Kaplan was available on those dates. Unfortunately, months ago, Mr. Kaplan scheduled ▮▮▮▮▮▮▮ for April 17, 2024, because he understood I would be in trial then.

As I understand it, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I also understand that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or May 17, 2024. The number and timing of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Although Mr. Kaplan tried to adjourn ▮▮▮▮▮▮ in order to appear for the April 17, 2024 status conference, he was unsuccessful. As an initial matter, ▮▮▮▮▮▮▮▮▮▮▮ was booked months ago. If Mr. Kaplan were to reschedule, ▮▮▮▮▮ would

Hon. Joan M. Azrack
April 8, 2024
Page | 2

not be available for several months.  Unfortunately, Mr. Kaplan does not have the option of waiting to reschedule ███████████████████████████████████████████████████████████████████████.

    I apologize for my error in requesting the status conference to be moved to April 17, 2024, and I ask that the status conference be moved to a date after May 17, 2024 that is convenient to the Court.

    Should this motion be granted, both Adam Kaplan and Daniel Kaplan consent to the exclusion of time under the Speedy Trial Act until the rescheduled date of the status conference.

    The April 17, 2024 status conference was originally scheduled for March 20, 2024.  On March 18, 2024, counsel for Daniel Kaplan requested an adjournment of the conference to the week of March 25, 2024, to which the parties consented, and which the Court granted.  As discussed above, on March 22, 2024, I requested an adjournment of the conference on consent of the parties, which the Court granted on March 25, 2024 and set a new date for the status conference of April 17, 2024.

    I also respectfully request that the Court accept and maintain this submission under seal because it concerns Mr. Kaplan's ███████████████ and the interest of the public in access to judicial documents—and specifically, here, a request for an adjournment of a status conference—is outweighed by the privacy interests of Mr. Kaplan.

    I thank the Court for its consideration of this application.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman

cc:    AUSAs Adam Toporovsky, Anthony Bagnuola, and Paul Scotti (by ECF and email)

       Michael Tremonte, Esq. (by email)