# Exhibit B

# ECF No. 75 - Redacted



Eric M. Creizman  
Partner  
(212) 735-8640  
ecreizman@morrisoncohen.com

*Via ECF* (**Filed Under Seal**),
with courtesy electronic copy
to the Court

May 20, 2024

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

**Re:** *United States v. Kaplan, et al.*, 2:23-CR-293-JMA-JMW (E.D.N.Y.)

Dear Judge Azrack:

I represent Adam Kaplan in the above-referenced action.

I respectfully submit this request on behalf of Mr. Kaplan for a further adjournment of the status conference scheduled for May 22, 2024 to a date and time during the week of June 17, 2024 or thereafter that is convenient to the Court. Daniel Kaplan joins in this request. The government consents to this application, provided both Adam Kaplan and Daniel Kaplan consent to the exclusion of time under the Speedy Trial Act until the rescheduled date of the status conference. Adam Kaplan and Daniel Kaplan so consent.

Per my letter to the Court dated April 8, 2024 (which is attached), Mr. Kaplan . Accordingly, I am requesting that the status conference be adjourned by four weeks to a date no earlier than the week of June 17, 2024, by which time it is anticipated that Mr. Kaplan

Should this motion be granted, the government will submit a proposed order excluding time under the Speedy Trial Act until the rescheduled date of the status conference, to which Adam Kaplan and Daniel Kaplan consent.

This is the fourth request for an adjournment of the status conference. The status conference was originally scheduled for March 20, 2024. On March 18, 2024, counsel for

Hon. Joan M. Azrack
May 20, 2024
Page | 2

Daniel Kaplan requested a one-week adjournment of the conference so that he could attend to a family matter outside of the jurisdiction.  The Court granted that request and rescheduled the conference to March 27, 2024.  On March 22, 2024, I requested an adjournment of the status conference because I was preparing for a criminal trial that began on April 1, 2024.  The Court granted that request and rescheduled the status conference for April 17, 2024.  On April 8, 2024, I requested that the April 17 conference be adjourned due to Mr. Kaplan's ███████████.  The Court granted that request and rescheduled the status conference to May 22, 2024.

As with my letter to the Court dated April 8, 2024, I respectfully request that the Court accept and maintain this submission under seal because it concerns Mr. Kaplan's ████ ███████████, and the interest of the public in access to judicial documents—and specifically, here, a request for an adjournment of a status conference—is outweighed by the privacy interests of Mr. Kaplan.

I thank the Court for its consideration of this application.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman

Attachment (April 8, 2024 letter to the Court)

cc:    Adam Toporovsky and Paul Scotti (by ECF and email)
       Assistant United States Attorneys

       Michael Tremonte, Esq. (by email)
       Attorney for Daniel Kaplan