# Exhibit D

# ECF No. 132 - Redacted

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,           :        Index No. 23-CR-293 (JMA) (JMW)
                                    :
v.                                  :
                                    :
ADAM KAPLAN and                     :        **DECLARATION OF**
DANIEL KAPLAN,                      :        **ERIC M. CREIZMAN**
                                    :
Defendants                          :
    :
------------------------------------------------------------x

I, ERIC M. CREIZMAN, hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the courts of the State of New York and before this Court. I am a partner of the law firm of Morrison Cohen LLP, and I represent Adam Kaplan in the above-captioned matter.

2. I respectfully submit this declaration in support of Mr. Kaplan's motion for pretrial release on conditions under 18 U.S.C. § 3148(b)(2) and under 18 U.S.C. § 3142.

3. Annexed hereto as Exhibit 1 is a true and correct copy of a Memorandum for Inmate Population at MDC Brooklyn from Captain C. Haines, dated November 12, 2024.

4. Annexed hereto as Exhibit 2 is a true and correct copy of a Memorandum for Inmate Population at MDC Brooklyn from Captain C. Haines, dated October 28, 2024..

5. Annexed hereto as Exhibit 3 are true and correct copies of medical records relating to ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████

██████   This exhibit is submitted under seal for the reasons set forth in Eric Creizman's letter to the Court dated Nov. 18, 2024, filed under seal.

6.   Annexed hereto as Exhibit 4 is a true and correct copy of a letter from Mark J. Mills, J.D., M.D., to Eric M. Creizman dated November 8, 2024. Attached to Dr. Mills' letter are true and correct copies of the following: ███████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████   This exhibit is submitted under seal for the reasons set forth in Eric Creizman's letter to the Court dated Nov. 18, 2024, filed under seal.

7.   Annexed hereto as Exhibit 5 is a true and correct copy of a letter from Sharham D. Shamekh, M.D., F.A.C.P., dated Nov. 4, 2024. This exhibit is submitted under seal for the reasons set forth in Eric Creizman's letter to the Court dated Nov. 18, 2024, filed under seal.

8.   Annexed hereto as Exhibit 6 are true and correct copies of Mr. Kaplan's medical records relating to ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

2

███ This exhibit is submitted under seal for the reasons set forth in Eric Creizman's letter to the Court dated Nov. 18, 2024, filed under seal.

9. Annexed hereto as Exhibit 7 is a true and correct copy of a Bank of America Merrill Lynch *Capabilities and Limitations* form completed by Shahram D. Shamekh, M.D. on behalf of Mr. Kaplan dated June 5, 2017. This exhibit is submitted under seal for the reasons set forth in Eric Creizman's letter to the Court dated Nov. 18, 2024, filed under seal.

10. Annexed hereto as Exhibit 8 is a true and correct copy of a letter from ███ ███, dated Nov. 10, 2024. On November 12, 2024 Mr. ███. This exhibit is submitted under seal for the reasons set forth in Eric Creizman's letter to the Court dated Nov. 18, 2024, filed under seal.

11. Annexed hereto as Exhibit 9 is a true and correct copy of a ███ ███ prepared in connection with the case captioned, *United States v* ███, Case No. ███ ███. The PSR was obtained from public court archives. Nevertheless, due to the confidential nature of the document, this exhibit is submitted under seal.

12. Annexed hereto as Exhibit 10 is a true and correct copy of a letter from ███ ███. This exhibit is submitted under seal for the reasons set forth in Eric Creizman's letter to the Court dated Nov. 18, 2024, filed under seal.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

| | |
|---|---|
| Dated: New York, New York<br>Nov. 18, 2024 | /s/ Eric M. Creizman<br>Eric M. Creizman |

3