# Exhibit E

# ECF No. 188-11- Redacted

