**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-293 (JMA) (JMW) |
| v. | **MICHAEL TREMONTE'S DECLARATION IN SUPPORT OF DANIEL KAPLAN'S OPPOSITION TO THE GOVERNMENT'S MOTIONS *IN LIMINE*** |
| ADAM KAPLAN and DANIEL KAPLAN, | |
| Defendants. | |

1. I am an attorney admitted to practice before the United States District Court for the Eastern District of New York. I am a partner of the law firm Sher Tremonte LLP, and I represent Daniel Kaplan in the above-captioned matter.

2. I respectfully submit this declaration in support of Daniel Kaplan's opposition to the government's motions *in limine*.

3. Annexed hereto as **Exhibit A** is a true and correct copy of an August 29, 2022 production letter from Todd Blanche to the United States Attorney's Office for the Eastern District of New York, Bates stamped KAPLAN097015 – KAPLAN097016.

4. Annexed hereto as **Exhibit B** is a true and correct copy of a March 4, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003226 – SEC-CORRESPONDENCE-E-0003228.

5. Annexed hereto as **Exhibit C** is a true and correct copy of an April 19, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003229 – SEC-CORRESPONDENCE-E-0003231.

6. Annexed hereto as **Exhibit D** is a true and correct copy of a May 20, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003232 – SEC-CORRESPONDENCE-E-0003236.

7. Annexed hereto as **Exhibit E** is a true and correct copy of a July 6, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003237 – SEC-CORRESPONDENCE-E-0003241.

8. Annexed hereto as **Exhibit F** is a true and correct copy of an August 5, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003242 – SEC-CORRESPONDENCE-E-0003244.

9. Annexed hereto as **Exhibit G** is a true and correct copy of an August 16, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003248 – SEC-CORRESPONDENCE-E-0003252.

10. Annexed hereto as **Exhibit H** is a true and correct copy of a September 30, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003253 – SEC-CORRESPONDENCE-E-0003257.

11. Annexed hereto as **Exhibit I** is a true and correct copy of an October 7, 2022 production letter from Todd Blanche to the United States Securities and Exchange Commission, bearing the Bates range SEC-CORRESPONDENCE-E-0003258 – SEC-CORRESPONDENCE-E-0003262.

12. I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 25, 2025

*/s/ Michael Tremonte*
Michael Tremonte

SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, NY 10004
Telephone: 212-202-2600
mtremonte@shertremonte.com