# EXHIBIT A

# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

**FOIA Confidential Treatment Requested by Adam and Daniel Kaplan**

August 29, 2022

**VIA E-MAIL**

Adam Toporovsky, Esq.
Paul Scotti, Esq.
United States Attorney's Office for the
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722

Re:   <u>Adam S. Kaplan and Daniel E. Kaplan</u>

Dear Adam and Paul,

On behalf of our clients Adam S. Kaplan and Daniel E. Kaplan (together, the "Kaplans"), enclosed please find a copy of all documents produced to the U.S. Securities and Exchange Commission (the "SEC"), in connection with the SEC's February 14, 2022 subpoena served on the Kaplans. Pursuant to our communications with you on August 5, 2022, we are producing documents in the exact format, and with the same metadata, as documents previously produced to the SEC. Along with Bates numbers used in the SEC productions, this production bears Bates numbers EDNY_KAPLAN000001 through EDNY_KAPLAN027251.

We uploaded today's production to USAfx. The production is encrypted, and we will send the password to access the production file in a separate communication. Please let me know if you have any issues accessing the documents.

\*      \*      \*

The Kaplans' production of these documents does not waive any rights, privileges, protections, or immunities from disclosure, including the attorney-client privilege and work-product protection, and our clients reserve their rights to assert any applicable privileges or protections. *See* Fed. R. Evid. 502(a) and (b). To the extent that this production includes information that is protected by any privilege, such production is inadvertent and should not be considered a waiver. Our clients have taken reasonable steps to prevent such inadvertent disclosure. Nevertheless, should we later identify any privileged or protected documents which were inadvertently produced, we will promptly notify you and request the return of all such documents.

Todd Blanche   Tel +1 212 504-6226   Fax +1 212 504-6666   todd.blanche@cwt.com

CADWALADER

Adam Toporovsky, Esq.
Paul Scotti, Esq.
August 29, 2022

We further request that confidential treatment under the Freedom of Information Act ("FOIA") be afforded to this letter, the attached documents, and the information contained herein and therein, as well as any memoranda, notes, transcripts, or writings of any kind that incorporate, include, or relate to any of the matters contained or referred to herein or therein, or in any conference, meeting, or telephone conversation between you and either Adam and Daniel Kaplan or counsel to Adam and Daniel Kaplan.

Pursuant to 28 C.F.R. § 16.7, Adam and Daniel Kaplan designate this letter and the attached documents as confidential business and financial information protected from disclosure by, among other exemptions, the exemption contained in 5 U.S.C. § 552(b)(4) (referred to as FOIA "Exemption 4"). The documents have been marked with the legend "FOIA Confidential Treatment Requested by Adam and Daniel Kaplan." In the event that a FOIA request is received pursuant to which this letter or its enclosures could be deemed responsive, we request that the undersigned be furnished with a copy of all written materials pertaining to such request and that prompt notice be provided to us with a reasonable opportunity to respond prior to any determination by your Office that any materials will be produced.

The foregoing request for confidentiality under FOIA is without prejudice to any other rights, objections, or arguments that Adam and Daniel Kaplan may have with respect to the confidential nature, and any production to third parties, of this letter or the attached documents.

If you have any questions relating to the foregoing, please call me at (212) 504-6226. Thank you.

Sincerely,

*/s/ Todd Blanche*
Todd Blanche


Enclosure

Page 2