UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In Re:

Requests to File Documents Under Seal in Criminal Cases

**ADMINISTRATIVE ORDER NO. 2025-10**

-------------------------------------------------------------------X

Supplemental Order Regarding a Change in the Procedures for Filing Documents Under Seal

-------------------------------------------------------------------X

WHEREAS, Administrative Order 2025-09 provided that until further notice, pursuant to Local Civil Rule 5.2, incorporated into the Local Criminal Rules, documents filed under seal in criminal cases are exempted from ECF filing, and provided new filing procedures; it is hereby

ORDERED that until further notice, pursuant to Local Civil Rule 5.2, incorporated into the Local Criminal Rules, documents filed under seal in criminal cases and in cases related to criminal investigations are prohibited from being filed in CM/ECF; and

ORDERED that effective August 8, 2025, all parties must submit documents to be filed under seal in criminal cases and in cases related to criminal investigations via the link *Submit Sealed Documents to the Court* that is located on the Court's web site: www.nyed.uscourts.gov/, following the instructions provided by the Clerk of Court in the *Notice Re. Change of Procedures Related to Filing Sealed Documents in Criminal Matters* dated August 8, 2025. This Order supersedes the procedures set forth in Administrative Order 2025-09 and applies to CR, MJ, and MC case designations where appropriate.

SO ORDERED:

Dated: August 8, 2025
Brooklyn, New York

s/ MKB
MARGO K. BRODIE
Chief United States District Judge