**SHER TREMONTE LLP**

August 29, 2025

**BY ECF**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Adam Kaplan and Daniel Kaplan,* No. 23-cr-00293 (JMA)(JMW)

Dear Judge Azrack:

    We write on behalf of our client, Daniel Kaplan. We join Adam Kaplan's proposed statement of the case, voir dire questions, and list of individuals and entities at docket entries 284 and 284-1.

    We appreciate Your Honor's consideration.

    Respectfully submitted,

    */s/ Michael Tremonte*

    Michael Tremonte

cc: All counsel (by ECF)