

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

PGS:jsr
F. #2022R00047

*610 Federal Plaza
Central Islip, New York 11722*

September 4, 2025

By USAfx:

Michael Tremonte
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
mtremonte@shertremonte.com

Mark Cohen
Cohen & Gresser
800 Third Avenue
New York, NY 10022
mcohen@cohengresser.com

     Re: United States v. Daniel Kaplan and Adam Kaplan
       Criminal Docket No. 23-CR-293 (S-1) (JMA)

Counsel:

   Please find the government's supplemental discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which has been uploaded to USAfx. Specifically, the discovery outlined below and Bates-numbered **KAPLAN116701 - KAPLAN116721** contains records recently received pursuant to a Rule 17 subpoena submitted to Roth & Company, LLP by defendant Adam Kaplan. The government is reproducing these records to both defendants out of an abundance of caution. The discovery is being produced pursuant to the Protective Order in this case signed on September 14, 2023.

   **Please be advised that you must download the materials from USAfx within 60 days from the date they were uploaded. USAfx File Exchange is not a storage site, and the materials are automatically deleted within 60 days.**

The Government's Discovery

| Bates Range | Description |
|---|---|
| **KAPLAN116701-KAPLAN116721** | Records received from Roth & Company, LLP. |

    A.      Reports of Examinations and Tests

The government will provide you with copies of any additional reports of examinations or tests in this case as they become available.

    B.      Expert Witnesses

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

    C.      Brady Material

The government is not aware of any exculpatory material regarding the defendants. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

    D.      Other Crimes, Wrongs or Acts

The government will provide the defendants with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

I.      The Defendants' Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendants allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in either defendant's possession, custody

or control, and that either defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom either defendant intends to call at trial.

The government also requests that the defendants disclose prior statements of witnesses who will be called by the defendants to testify.  See Fed. R. Crim. P. 26.2.  In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendants disclose a written summary of testimony that the defendants intend to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.  The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of either defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendants intend to rely in establishing the defense identified in any such notice.

III.   Future Discussions

If you have any questions or requests regarding discovery in this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   _____/s/_____
Adam Toporovsky
Paul G. Scotti
Rebecca M. Urquiola
Assistant U.S. Attorneys
(631) 715-7846 (Toporovsky)/7836 (Scotti)

Enclosures
cc:   Clerk of the Court (JMA) (by ECF) (without enclosures)