BEFORE: JOAN M. AZRACK  
UNITED STATES DISTRICT JUDGE

DATE: 11/10/2025  
TIME: 9:30 AM (2 hrs)

FILED  
CLERK

11/10/2025 12:43 pm

U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE

## <u>CRIMINAL CAUSE FOR JURY TRIAL</u>

**DOCKET No.  23-cr-00293 (JMA)**

**DEFENDANT:** Adam Kaplan          **DEF. # 1**  
☒ Present          ☐ Not Present   ☒ Custody          ☐ Bail  
**DEFENSE COUNSEL**:  Mark Cohen, Drew Dean, Gale Dick, Daniel Joiner, Sri Kuehnlenz  
☐     Federal Defender     ☐   CJA          ☒     Retained  
**DEFENDANT:** Daniel Kaplan          **DEF. # 2**  
☒ Present          ☐ Not Present   ☐ Custody          ☒ Bail

**DEFENSE COUNSEL**:  Michael Tremonte, Noam Biale, Alexandra Conlon  
☐     Federal Defender     ☐   CJA          ☒     Retained

**AUSA:** Adam Toporovksy, Paul Scotti, Rebecca Urquiola

COURT REPORTER: Paul Lombardi

COURTROOM DEPUTY: LMP

☒          Case called          ☒     Counsel for all sides present

☐          Jury selection continues.

☐          Voir dire held.

☐          Jury selected and is satisfactory to all sides.

☐           Jurors sworn and trial begins.  Preliminary instructions given.

☐          Government opens.    ☐ Defense opens.

☐          Jury trial held.     ☒  Jury trial resumes.

☐          Witnesses sworn.          ☐  Exhibits entered into evidence.

☒          Jury trial continued to 11/12/2025 at 9:30 AM.

☐          Government rests.                    ☐ Defense rests.

☐          Charge conference held

☐           Government summation.  ☐ Defense summation continues.  ☐ Government rebuttal.

☐          Jury charged, alternates excused and deliberations begin.

☐          **Guilty verdict** on count(s) ___.

☐          **Not Guilty verdict** on count(s) ____.

☐          Jurors polled and excused with the thanks of the Court.

Defendant ☐ Remains in Custody          ☐   Continued on Bond.

OTHER: Motions [405] and [406] are denied for the reasons set forth on the record.