

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PGS/AT/RMU
F. #2022R00047

*610 Federal Plaza*
*Central Islip, New York 11722*

November 17, 2025

<u>By E-mail and ECF</u>
The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re: United States v. Adam Kaplan
> <u>Criminal Docket No. 23-293 (S-1) (JMA)</u>

Dear Judge Azrack:

On Thursday, November 13, 2025, a jury sitting in the Eastern District of New York convicted the defendant Adam Kaplan of all charged crimes in the above-captioned indictment, including several crimes that Adam Kaplan committed while on bond. The government previously moved for forfeiture regarding that bond on September 16, 2024 (the "Forfeiture Motion"). <u>See</u> ECF No. 111. That motion remains pending. The government respectfully submits this letter to renew its Forfeiture Motion and hereby incorporates the arguments set forth therein. Moreover, the government submits that the defendant's convictions, as they relate to those crimes committed while on pretrial release, provide further support for the forfeiture of the bond. For all of these reasons, the government submits that the Court should grant the Forfeiture Motion in its entirety.

To the extent the Court seeks additional briefing from the defendant and/or his suretors, the government respectfully requests that the Court set briefing schedule forthwith.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: _____/s/_____
Adam R. Toporovsky
Paul G. Scotti
Rebecca M. Urquiola
Assistant U.S. Attorneys
(631) 715-7846 (Toporovsky)

cc: Defense Counsel of Record (By ECF)

2