Final

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

ADAM KAPLAN and
DANIEL KAPLAN,

                Defendants.

**VERDICT SHEET**
23-CR-00293 (JMA)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 13 2025  ★

LONG ISLAND OFFICE

## COUNT ONE
### Conspiracy to Commit Wire Fraud

How do you find the defendant Adam Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_

How do you find the defendant Daniel Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_

## COUNT TWO
### Wire Fraud
#### (1/11/2021 – Mark Tsukerman)

How do you find the defendant Adam Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_

How do you find the defendant Daniel Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_



**EXHIBIT**
7
11/13/25

## COUNT THREE
### Wire Fraud
(12/2/2021 – Mark Tsukerman)

How do you find the defendant Adam Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_\_

How do you find the defendant Daniel Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_\_

## COUNT FOUR
### Wire Fraud
(5/24/2021 – Kenzi Wilbur)

How do you find the defendant Adam Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_\_

How do you find the defendant Daniel Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_\_

## COUNT FIVE
### Wire Fraud
(7/2/2021 – Kenzi Wilbur)

How do you find the defendant Adam Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_\_

How do you find the defendant Daniel Kaplan?

        Not Guilty _____        Guilty \_\_\_X\_\_\_\_

## COUNT SIX
### Wire Fraud
(7/11/2021 – Bayla Rothstein)

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X__

How do you find the defendant Daniel Kaplan?

Not Guilty _____          Guilty __X__


## COUNT SEVEN
### Wire Fraud
(9/3/2021 – Bayla Rothstein)

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X__

How do you find the defendant Daniel Kaplan?

Not Guilty _____          Guilty __X__


## COUNT EIGHT
### Wire Fraud
(10/30/2019 – Jocelyn Basnett)

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X__

How do you find the defendant Daniel Kaplan?

Not Guilty _____          Guilty __X__

**COUNT NINE**
**Wire Fraud**
(3/25/2020 – Jocelyn Basnett)

How do you find the defendant Adam Kaplan?

Not Guilty _____       Guilty __X____

How do you find the defendant Daniel Kaplan?

Not Guilty _____       Guilty __X____

**COUNT TEN**
**Wire Fraud**
(3/4/2022 – Valerie Beck)

How do you find the defendant Adam Kaplan?

Not Guilty _____       Guilty __X____

How do you find the defendant Daniel Kaplan?

Not Guilty _____       Guilty __X____

**COUNT ELEVEN**
**Wire Fraud**
(4/12/2022 – Valerie Beck)

How do you find the defendant Adam Kaplan?

Not Guilty _____       Guilty __X____

How do you find the defendant Daniel Kaplan?

Not Guilty _____       Guilty __X____

<h2 style="text-align:center">COUNT TWELVE<br>Investment Adviser Fraud</h2>

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X__

How do you find the defendant Daniel Kaplan?

Not Guilty _____          Guilty __X__

<h2 style="text-align:center">COUNT THIRTEEN<br>Money Laundering<br>(5/18/2020)</h2>

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X__

How do you find the defendant Daniel Kaplan?

Not Guilty _____          Guilty __X__

<h2 style="text-align:center">COUNT FOURTEEN<br>Money Laundering<br>(6/2/2020)</h2>

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X__

How do you find the defendant Daniel Kaplan?

Not Guilty _____          Guilty __X__

### COUNT FIFTEEN
**Money Laundering**
(3/31/2021)

How do you find the defendant Adam Kaplan?

Not Guilty _____  Guilty __X____

How do you find the defendant Daniel Kaplan?

Not Guilty __X____  Guilty _____

### COUNT SIXTEEN
**Money Laundering**
(4/1/2021)

How do you find the defendant Adam Kaplan?

Not Guilty _____  Guilty __X____

How do you find the defendant Daniel Kaplan?

Not Guilty __X____  Guilty _____

### COUNT SEVENTEEN
**Conspiracy to Commit Money Laundering**

How do you find the defendant Adam Kaplan?

Not Guilty _____  Guilty __X____

How do you find the defendant Daniel Kaplan?

Not Guilty _____  Guilty __X____

## COUNT EIGHTEEN
### Conspiracy to Commit Wire Fraud

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X____

If you found the defendant "Guilty" please answer the following question:

Do you find that the government has proven beyond a reasonable doubt that the crime charged in Count Eighteen was committed while the defendant Adam Kaplan was on release pursuant to an order of the United States District Court for the Eastern District of New York, dated on or about July 25, 2023?

No _____          Yes __X____

## COUNT NINETEEN
### Conspiracy to Commit Bank Fraud

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X____

If you found the defendant "Guilty" please answer the following question:

Do you find that the government has proven beyond a reasonable doubt that the crime charged in Count Nineteen was committed while the defendant Adam Kaplan was on release pursuant to an order of the United States District Court for the Eastern District of New York, dated on or about July 25, 2023?

No _____          Yes __X____

## COUNT TWENTY
### Attempted Obstruction of Justice
(Pre-Indictment)

How do you find the defendant Adam Kaplan?

Not Guilty _____          Guilty __X____

**COUNT TWENTY-ONE**
**Attempted Obstruction of Justice**
(Post-Indictment)

How do you find the defendant Adam Kaplan?

Not Guilty _____       Guilty ___X___

If you found the defendant "Guilty" please answer the following question:

Do you find that the government has proven beyond a reasonable doubt that the crime charged in Count Twenty-One was committed while the defendant Adam Kaplan was on release pursuant to an order of the United States District Court for the Eastern District of New York, dated on or about July 25, 2023?

No _____       Yes ___X___

11/13/25
**DATE**

Samuel Sellis
**JURY FOREPERSON**

8
