**JEFFREY COHN**

**Attorney at Law**

**212 East 57th Street Suite 16A**

**New York, New York 10022**

**646-201-5202**

**jcohnlaw@gmail.com**

March 9, 2026

BY ECF
The Honorable Joan M. Azrack
U.S. District Judge
Eastern District of New York

Re: *United States v. Adam Kaplan*, 23 Cr. 293 (JMA)

Dear Judge Azrack:

I respectfully write on behalf of Adam Kaplan to request a brief period of fourteen days to review, consider, and respond to Cohen & Gresser LLP's motion for leave to withdraw as counsel, filed on March 6, 2026.

As the Court is aware, I filed a notice of appearance on February 23, 2026, and advised that my appearance was for a limited purpose relating to the data security issue referenced in my prior submissions. In that same submission, I stated that Mr. Kaplan wished Cohen & Gresser to remain as counsel in connection with post-trial motions and other related proceedings. On March 6, 2026, Cohen & Gresser moved to withdraw. In light of that development, Mr. Kaplan respectfully requests a short opportunity to consult, evaluate the motion, and determine his position and how best to proceed through appropriate counsel. This request is made to ensure an orderly process. Mr. Kaplan asks only for fourteen days to respond to the

motion. The Court's current schedule sets defendants' post-trial motions for March 30, 2026, and this request is intended solely to permit Mr. Kaplan to address the pending withdrawal motion in a measured and appropriate manner before the Court rules, without prejudice to any further application concerning the existing schedule. Accordingly, Mr. Kaplan respectfully requests that the Court permit him until March 23, 2026 to submit any response to the motion to withdraw.


Respectfully submitted,

Jeffrey Cohn

copy/    AUSAs and all counsel (by ECF)