

**Lara T. Gatz**
Direct Phone:  +1 786 747 0296
Email:  lgatz@reedsmith.com

Reed Smith LLP
200 S Biscayne Blvd
Suite 2600
Miami, FL 33131
+1 786 747 0200
Fax +1 786 747 0299
reedsmith.com

March 16, 2026

**VIA ECF**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:**   *United States v. Kaplan et al.*, **2:23-CR-293 (JMA)**

Dear Judge Azrack:

I write on behalf of sureties Stewart and Idida Kaplan (the "Kaplans"), parents of the defendants in the above-referenced action, to respectfully request an extension of time to respond to the Government's Renewed Motion for Forfeiture of Bond filed on November 17, 2025 (ECF No. 422).

Good cause exists for this request. The Kaplans' former lead counsel, Morris Fodeman, is in the process of withdrawing from this matter, and I have been asked to assume the role of lead counsel. As such, I have not yet had a sufficient opportunity to review the trial record, become fully familiar with the relevant facts, and prepare a substantive response to the Government's motion.

The forfeiture proceedings implicate significant property interests of the Kaplans, including their family home, in which they currently reside. In light of the serious issues at stake, additional time is necessary to ensure that the Kaplans receive competent and effective representation.

Prior to filing this request, I contacted AUSA Adam Toporovsky to request a reasonable extension of time. Regrettably, the Government declined to consent to the requested extension. I respectfully submit that this request is reasonable under the circumstances and that no prejudice will result to the Government from a reasonable extension of the deadline.

Thank you for your consideration of this request.

Respectfully submitted,

Lara Treinis Gatz
*Counsel for Sureties Stewart and Idida Kaplan*

cc:     All counsel of record (by ECF)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH PRINCETON ♦ RICHMOND ♦ RIYADH ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-211139979.v2-KDAHAN-3/16/2026 3:18 PM