

**Lara T. Gatz**
Direct Phone: +1 786 747 0296
Email: lgatz@reedsmith.com

Reed Smith LLP
200 S Biscayne Blvd
Suite 2600
Miami, FL 33131
+1 786 747 0200
Fax +1 786 747 0299
reedsmith.com

April 1, 2026

**VIA ECF**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:   *United States v. Kaplan et al.*, **2:23-CR-293 (JMA)**

Dear Judge Azrack:

We write on behalf of sureties Stewart and Idida Kaplan (the "Kaplans"), parents of the defendants in the above-referenced action, to respectfully request a further extension of time to respond to the Government's Renewed Motion for Forfeiture of Bond filed on November 17, 2025 (ECF No. 422). The current deadline for the Kaplans' response is April 30, 2026 (ECF No. 453). Good cause exists for this request.

As the Court is aware, on March 24, 2026, the Court granted the motion of counsel for defendant Adam Kaplan to withdraw from representation (ECF No. 448) and ordered that Adam Kaplan retain new counsel, with a Notice of Appearance to be filed by April 30, 2026. Adam Kaplan is a co-signer of the bond that is the subject of the Government's forfeiture motion. The interests of Adam Kaplan and the Kaplans in this matter are closely intertwined, and the Kaplans' response to the forfeiture motion will necessarily involve matters that implicate Adam Kaplan's rights and obligations as a co-signer.

Because Adam Kaplan has until April 30, 2026—the same date as the Kaplans' current response deadline—to retain new counsel, it is not possible for undersigned counsel to meaningfully consult with Adam Kaplan's new attorney before filing the Kaplans' response. Such consultation is important to ensure that the Kaplans' response is fully informed and does not inadvertently prejudice Adam Kaplan or any other party. Filing without the benefit of that coordination would risk inconsistent positions and potential prejudice to all parties involved.

Additionally, as noted in the Court's March 24, 2026 Order, the parties are required to file a joint proposed briefing schedule for post-trial motions within 21 days of Adam Kaplan's new counsel filing a notice of appearance. A brief extension of the Kaplans' response deadline would allow the forfeiture briefing to proceed in a coordinated and efficient manner alongside the post-trial motion schedule.

We therefore respectfully request that the Court set the Kaplans' deadline to respond to the Government's forfeiture motion to coincide with the deadline for Adam Kaplan's response, so as to align with the briefing schedule on post-trial motions and to afford Adam Kaplan's new counsel a reasonable

April 1, 2026
Page 2



opportunity to address the Government's forfeiture motion on his behalf, or to such other date as the Court deems appropriate.

      We thank the Court for its consideration of this request.

Very truly yours,

*/s/ Lara T. Gatz*
Lara T. Gatz
Kaela Dahan

*Counsel for Sureties Stewart and Idida Kaplan*

cc:    All counsel of record (by ECF)