AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:23-cr-00293 |
| Adam Kaplan and Daniel Kaplan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:       The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adam S. Kaplan.                                                                                              .

Date:       04/30/2026

/s/ Christina O. Gotsis
*Attorney's signature*

Christina O. Gotsis (5660170)
*Printed name and bar number*

Morrison Cohen LLP
909 3rd Avenue, 27th Floor
New York, New York 10022

*Address*

cgotsis@morrisoncohen.com
*E-mail address*

(212) 735-8600
*Telephone number*

*FAX number*